THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWARD CHRISTIAN, Appellant.[*]

(Submitted October 9, 1894; decided October 23, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made at the February term, 1894, which affirmed a judgment entered upon a verdict convicting defendant of the crime of arson in the first degree, and also affirmed an order denying a motion for a new trial.

*A. A. Yates* and *Hastings & Schoolcraft* for appellant.

*Daniel Naylon* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

[*] Reported below, 78 Hun, 28.